LAW OFFICES OF MARK YABLONOVICH
Mark Yablonovich, Esq., SBN 186670
mark@yablonovichlaw.com
Neda Roshanian, Esq., SBN. 225337
neda@yablonovichlaw.com
Michael Coats, Esq., SBN. 258941
michael@yablonovichlaw.com
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246 • Fax: (310) 407-5391

Attorneys for Plaintiffs JENNIFER WITKOWSKI and EDILBURGO PEÑA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WITKOWSKI and, EDILBURGO PENA, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC., HONDA NORTH AMERICA, INC., and HONDA MOTOR COMPANY, LTD., and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 1:12-cv-01480-LJO-MJS<br><br>Assigned to Hon. Lawrence J. O'Neill<br><br>**ORDER RE STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION**<br><br>Complaint filed: July 25, 2012<br><br>**NO HEARING – SEE COURT MODIFIED ORDER** |

[PROPOSED] ORDER RE STIPULATION TO SET BRIEFING SCHEDULE FOR MOTIONS

## ORDER

Having read the Parties' Stipulation For Order Re Stipulation To Set Briefing Schedule For Motion to Dismiss and Motion to Compel Arbitration (the "Motions"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Parties shall adhere to the following briefing schedule and hearing date regarding the Motions:

Deadline for Defendants to file Motions:    Nov. 1, 2012
Deadline for Plaintiffs to file opposition:    Dec. 1, 2012
Deadline for Defendants to file reply:    Dec. 21, 2012.

**Pursuant to its practice, this Court will consider the defense motions on the record without at hearing.** *See* **Local Rule 230(g).  This Court ORDERS the parties to comply with its Standing Order as to page limits on points and authorities.**

IT IS SO ORDERED.

Dated:   **October 1, 2012**              /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE