IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER WITKOWSKI, et al., | CASE NO. CV F 12-1480 LJO MJS |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 12.) |
| AMERICAN HONDA MOTOR CO., INC., et al., | |
| Defendant. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;

2. VACATES all pending matters and dates, including the December 13, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 23, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE